AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

DAVID BERGER and AMBER BERGER, individually
and as Personal Representatives of the Estate; THE
ESTATE OF WILLIAM SAGE BERGER,

_____
*Plaintiff*

v.

SPOKANE COUNTY, political subdivision of the State of
Washington; OZZIE KNEZOVICH, individually and in
his capacity as Sheriff of Spokane; SHAWN AUDIE and
STEVE PAYNTER; JOHN DOES 1-10;

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:15-CV-140-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Defendant's motion for summary judgment (ECF No. 24) is GRANTED IN PART and DENIED IN PART as follows:
1.) Plaintiffs' Section 1983 Fourth Amendment excessive force claims against Deputies Audie and Paynter shall proceed
to trial; 2.) Plaintiffs' negligence claims against Deputies Audie and Paynter, and *respondeat superior* claim against the
County, shall proceed to trial; 3.) Plaintiffs' Fourteenth Amendment due process claims are dismissed; 4.) Plaintiff's
Eighth Amendment claims are dismissed; 5.) Plaintiffs' *Monell* liability claims against the County and Sheriff Knezovich
are dismissed; 6.) Allclaims against Sheriff Knezovich in his personal capacity are dismissed; and 7.) Plaintiffs' claims
against all Doe Defendants are dismissed.

This action was *(check one)*:

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Rosanna Malouf Peterson _____ on a motion for
summary judgment (ECF No. 24).

Date:   2/13/2017 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
*(By) Deputy Clerk*

Lennie Rasmussen
_____