**ORIGINAL**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUN 2 7 2017**

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF WILLIAM SAGE BERGER; DAVID BERGER, as Personal Representative of the Estate; and AMBER BERGER, as Personal Representative of the Estate, | NO: 2:15-CV-140-RMP |
| Plaintiffs, | SPECIAL VERDICT FORM |
| v. | |
| SHAWN AUDIE, individually, and in his capacity as a Spokane County Deputy Sheriff; and STEVE PAYNTER, individually, and in his capacity as a Spokane County Deputy Sheriff, | |
| Defendants. | |

We, the Jury, being duly empaneled and sworn upon oath, unanimously state the following verdict:

Question 1:  Have Plaintiffs proven by a preponderance of the evidence that, on June 6, 2013, William Berger was subjected to excessive force by **Defendant Deputy Shawn Audie?**

Answer:     Yes _____          No __✓____

SPECIAL VERDICT FORM ~ 1

Question 2: Have Plaintiffs proven by a preponderance of the evidence that, on June 6, 2013, William Berger was subjected to excessive force by **Defendant Deputy Steve Paynter**?

Answer:    Yes _____         No __✓____

## DAMAGES

INSTRUCTION: **If you answered "Yes"** to any of the questions above, continue to Questions 3, 4, 5, 6 and, if warranted, Questions 7 and 8. **If you answered "No"** to the above questions, do not continue with the questions below. The presiding juror should sign and date this form and return it to the Court.

Question 3: What monetary amount will reasonably and fairly compensate William Berger's Estate for the injury or injuries you find were caused by the conduct of **Defendant Audie**?

Answer: $_____

Question 4: What monetary amount will reasonably and fairly compensate William Berger's Estate for the injury or injuries you find were caused by the conduct of **Defendant Paynter**?

Answer: $_____

Question 5: Did **Defendant Audie** act with malice, oppression, or reckless disregard of William Berger's rights?

Answer:    Yes _____         No _____

Question 6: Did **Defendant Paynter** act with malice, oppression, or reckless disregard of William Berger's rights?

Answer:    Yes _____         No _____

SPECIAL VERDICT FORM ~ 2

*INSTRUCTION: **If you answered "Yes" to Questions 5 and/or 6**, continue to questions 7 and/or 8. **If you answered "No" to Questions 5 and 6**, you are finished with this form.*

Question 7: What monetary amount of punitive damages, if any, do you award to William Berger's Estate against **Defendant Audie**?

Answer: $_____

Question 8: What monetary amount of punitive damages, if any, do you award to William Berger's Estate against **Defendant Paynter**?

Answer: $_____

*INSTRUCTION: You are finished with this form. The presiding juror should sign and date this form and return it to the Court.*

**DATED** June 27, 2017.

PRESIDING JUROR

SPECIAL VERDICT FORM ~ 3