# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| THE ESTATE OF WILLIAM SAGE BERGER, DAVID BERGER and AMBER BERGER, as Personal Representatives of the Estate,<br>*Plaintiff*<br>v.<br>SPOKANE COUNTY, SHAWN AUDIE and STEVE PAYNTER, individually and in his capacity as Spokane County Deputy Sheriff,<br>*Defendant* | Civil Action No. 2:15-CV-140-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Costs are not automatically awarded.

This action was *(check one)*:

☒ tried by a jury with Judge  Rosanna Malouf Peterson  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: June 27, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Michelle Fox
*(By) Deputy Clerk*

Michelle Fox